IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Williams, et al., :
:
      Plaintiff(s), :
:
: Case Number: 1:11cv401
   vs. :
: Chief Judge Susan J. Dlott
Warden Lebanon Correctional Institution, et al., :
:
      Defendant(s). :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 23, 2011 a Report and Recommendation (Doc. 9) and also issued a Report and Recommendation on July 8, 2011 (Doc. 13). Subsequently, the plaintiffs with the exception of Davaughan Smith, filed objections to the Report and Recommendation of June 23, 2011 (Doc. 19). (It has been verified that Mr. Smith has been paroled from the institution. Plaintiff Smith has failed to notify the Court of any change of address).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

      Accordingly, with regard to the Report and Recommendation filed June 23, 2011, plaintiffs' claims against defendants Brunswick (Brunsman), Porter, Harris, Bell, Frisbee, Shanklin, McPorter, Taggart, Holmes, Williams, Link, Burlile, Totly, Edwards, Pueblo,

Dennison and Humphrey are **DISMISSED.**

With regard to the Report and Recommendation filed July 8, 2011, the motion for leave to proceed *in forma pauperis* purportedly submitted by Mr. Smith (Doc. 5) is **DENIED.**

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　___s/Susan J. Dlott_____
　　　　　　　　　　　　　　　　　Chief Judge Susan J. Dlott
　　　　　　　　　　　　　　　　　United States District Court