# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MICHAEL WILLIAMS, et al.,                    Case No. 1:11-cv-401

    Plaintiffs,                               Dlott, J.
                                               Bowman, M.J.

v.

WARDEN, LEBANON CORRECTIONAL, et al.,

    Defendants.

## ORDER

Pursuant to the parties' responses to the Court's Show Cause Order (*See* Docs. 37, 42, 45), the Clerk of Court's is herein **DIRECTED** to update the docket to reflect Plaintiff Anthony Edwards' inmate number as **605-953**.

**IT IS SO ORDERED**.

                                           *s/ Stephanie K. Bowman*
                                           Stephanie K. Bowman
                                           United States Magistrate Judge