IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Michael Williams, et al., : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:11cv401 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Warden, Lebanon Correctional, et al., : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 27, 2013 (Doc. 72), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 15, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion for summary judgment (Doc. 54) is **GRANTED**.  All remaining pending motions (Doc. 63 and 65) are **DENIED AS MOOT**.  This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

   s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court